AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| TRANSAMERICA AUDIO GROUP, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> (Transliteration: <br> GUANGZHOU LTS ACOUSTICS CO., LTD.) <br> d/b/a trans-audio.cn d/b/a TRANS-AUDIO <br> *Defendant(s)* | Civil Action No. 16-cv-62512-WPD/Snow |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   (Transliteration: GUANGZHOU LTS ACOUSTICS CO., LTD.) d/b/a trans-audio.cn d/b/a TRANS-AUDIO a/k/a LTS ACOUSTICS CO., LTD.
2 Shixin Road Donghuan Street
Cai 1st Village Industrial District
Panyu District, Guangzhou City, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John F. Bradley, Esq.
Bradley Legal Group, P.A.
15 N.E. 13th Avenue
Fort Lauderdale, Florida 33301
Tel: (954) 523-6160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/24/2016

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts